UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIE PIRO and MICHAEL HALL, individually and on behalf of all others similarly situated,<br><br>vs.<br><br>EXERGEN CORPORATION,<br><br>Defendant. | Case No. 1:15-cv-11834-DJC |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Julie Piro and Michael Hall and Defendant Exergen Corporation hereby submit this Joint Stipulation of Dismissal. Plaintiffs request dismissal of this Action, in its entirety, with prejudice as to their individual claims, and without prejudice as to the claims of the putative class members. The parties are to bear their own costs and attorneys' fees. All parties waive all rights of appeal.

Dated: March 8, 2017

Respectfully submitted,

| | |
|---|---|
| JULIE PIRO and MICHAEL HALL | EXERGEN CORPORATION |
| By their attorneys: | By its attorneys: |
| /s/Erica Mirabella<br>Erica C. Mirabella , BBO #676750 | /s/Kerry Timbers<br>Kerry L. Timbers (BBO # 552293) |

| | |
|---|---|
| MIRABELLA LAW, LLC | Robert M. Asher (BBO # 22865) |
| 132 Boylston Street, 5th Floor | Joel R. Leeman (BBO # 292070) |
| Boston, MA 02116 | Brandon T. Scruggs (BBO # 672541) |
| Telephone: (617) 580-8270 | Sharona Sternberg (BBO # 682384) |
| Facsimile: (617) 583-1905 | SUNSTEIN KANN MURPHY & |
| erica@mirabellaLLC.com | TIMBERS LLP |
| | 125 Summer Street |
| John H. Donboli | Boston, MA 02110-1618 |
| DEL MAR LAW GROUP, LLP | Tel: (617) 443-9292 |
| 12250 El Camino Real, Suite 120 | Email: @sunsteinlaw.com |
| San Diego, CA 92130 | |
| Telephone: (858) 793-6244 | |
| Facsimile: (858) 793-6005 | |
| jdonboli@delmarlawgroup.com | |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") on March 8, 2017.

                                                 /s/ Erica Mirabella
                                                 Erica Mirabella